

AO 91 (Rev. 12-11) Criminal Complaint  AUSA Ashley A. Chung (312) 697-4089

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KARL QUILTER,<br>      also known as "Mathew Jones" | CASE NUMBER: 20 CR 826 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about May 27, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(2)(A) | knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate commerce, and shipped and transported in and affecting interstate commerce by any means, including by computer |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

_____
STEVEN MORAN
Special Agent, Homeland Security Investigations

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: November 24, 2020                              _____
                                                                                            Judge's signature

City and state: Chicago, Illinois                     BETH W. JANTZ, U.S. Magistrate Judge
                                                                                  Printed name and title

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, STEVEN MORAN, being duly sworn, state as follows:

1. I am a Special Agent with the Homeland Security Investigations, and have been so employed since approximately March 2020. Prior to my appointment with HSI, I was employed as a Special Agent with the United States Secret Service from approximately July 2016 to March 2020. My current responsibilities include the investigation of child exploitation and child pornography.

2. This affidavit is submitted in support of a criminal complaint alleging that KARL QUILTER, also known as "Mathew Jones," has violated Title 18, United States Code, Section 2252A(a)(2)(A). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging QUILTER with receipt of child pornography, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, and information from various service providers.

I.        **FACTS SUPPORTING PROBABLE CAUSE**

4.        In summary, HSI has been investigating the user of a Facebook account ("Facebook Account 1") believed to be sexually exploiting a minor victim ("Minor A") in the Philippines.[1] Based on search warrant results from Facebook, including IP address logs and communications between Facebook Account 1 and Minor A, and Facebook Account 1 and other Facebook account users, law enforcement has identified the user of Facebook Account 1 as KARL QUILTER. Law enforcement also has reviewed sexually explicit communications and images exchanged between QUILTER and Minor A.

A.        **Communications Between Facebook Account 1 and Minor A**

5.        According to my review of Facebook records, a Facebook account bearing display name "Mathew Jones" ("Facebook Account 1") communicated through Facebook Messenger with another Facebook account believed to be used, based on the content of the communications, by a child victim approximately fifteen or sixteen years old ("Minor A"). According to my review of I.P. records, as of June 29, 2020, Minor A's estimated location was Silay City, Philippines, and the user of Facebook Account 1's estimated location was Northbrook, Illinois.

6.        My review of Facebook records revealed multiple communications between Facebook Account 1 and minors. For example, on or about May 16, 2020,

---

[1] On September 17, 2020, law enforcement obtained a federal search warrant for Facebook Account 1. I have reviewed the results of that warrant and summarized material findings below.

2

between approximately 6:19 a.m. UTC[2] to 6:23 a.m. UTC, the Facebook accounts exchanged the following messages:

| | |
|---|---|
| Minor A: | i'm 15 years old and tomorrow its m birthday and im 16 years old tomorrow |
| Facebook Account 1: | Am in mt Bed sick right now with Covid19 am trying to get well |
| Minor A: | and you how old are you? |
| Facebook Account 1: | Am very old can u take a guess from my pic how old I am |
| Minor A: | true? Rest on your own and you will be well, get well soon |
| Minor A: | maybe your 35 years old? |
| Facebook Account 1: | no am 55 years old too old for you[3] |

7. According to the Facebook records I reviewed, on or about May 27, 2020, beginning at approximately 4:57 p.m. UTC, the Facebook accounts exchanged the following messages:

| | |
|---|---|
| Facebook Account 1: | If u do what i tell u then i can trust u and i will make sure u can buy food for 2 weeks and your medication but i want to see your face and i want to see your Boobs Pussy clearly i want u to open your legs wide and your Pussy so i can see the beauty inside and dont be shy because if you do this u will be my gf so no need to be shy |
| Facebook Account 1: | Am not forcing u but if u do this think of your little sister that she can est for 2 weeks everyday 3 meals a day and u get well |

---

[2] UTC is Coordinated Universal Time, which is the primary standard by which the world regulates clocks and times.

[3] As noted below, QUILTER is in fact 55 years old.

3

8.  Also according to the Facebook records I reviewed, on or about May 27, 2020, at approximately 5:03 p.m. UTC, the Facebook accounts exchanged the following messages:

> Minor A: I did it for you and I hope you are done
>
> Minor A: I did this to help my brothers and sister and to eat more for a day

Minor A's Facebook account then uploaded content consisting of approximately three nude images of Minor A: (1) at approximately 5:05 p.m. UTC, a frontal image of Minor A, standing with her hands at her sides, nude and facing the phone or camera, with her face, breasts, and mons pubis visible; (2) at approximately 5:11 p.m. UTC, an image of Minor A completely nude and facing sideways, with her face, breasts, and the side of her buttocks visible; and (3) at approximately 5:17 p.m. UTC, an image appearing based on the angle to be a frontal image of Minor A taken as a "selfie"—that is, by Minor A while she was holding the phone or camera—while she was sitting with her legs apart and the phone or camera between her legs facing her, such that her face, breasts, and labia are visible.[4]

---

[4] These child pornography images were all found in QUILTER's Facebook Account. I compared these images, and those discussed further below in paragraphs 10 and 13, to photos displayed on Minor A's publicly available Facebook page and believed to be photos of the user of the account, Minor A, based on the volume and angles of the photos, some of which appear to have been taken as "selfies." Based on my review, the images referenced in paragraphs 8, 10, and 13 appear to be nude photos of the user of the Facebook account, Minor A.

9. Also according to Facebook records I reviewed, on or about May 27, 2020, at approximately 5:22 p.m. UTC, the Facebook accounts exchanged the following messages:

| | |
|---|---|
| Facebook Account 1: | But u did not do what I ask u to open your legs and yoir pussy so I can see inside baby |
| Minor A: | will I show my pussy? |
| Facebook Account 1: | Yes baby u sit on Bed open your legs wide and open your pussy so I can see clearly inside pussy how beautiful it is baby don't be shy |

10. According to Facebook records, on or about May 27, 2020, at approximately 5:29 p.m. UTC, the Facebook accounts exchanged the following messages:

| | |
|---|---|
| Facebook Account 1: | Now i can accept your Apology and u can be my gf if u want because u doing your promise can u take your hand and open pussy baby |
| Facebook Account 1: | I want to tell u that u have a very beautiful Body and your Boobs is so nice and your pussy is beautiful i love it |

Minor A's Facebook account then uploaded additional content consisting of a frontal image of Minor A, in which she is seated on the ground with her right leg up on the bed, wearing a gray shirt pulled up so that her breasts are visible and nude from the waist down, such that her face, breasts, and labia are visible.[5]

---

[5] This child pornography image was found in QUILTER's Facebook Account.

11. According to my review of Facebook records, on or about May 27, 2020, at approximately 5:32 p.m. UTC, the Facebook accounts exchanged the following messages:

| | |
|---|---|
| Facebook Account 1: | Ii want u to take fingeres and open pussy baby i want to see inside pussy put camera closer |
| Minor A: | actually i love you too and i assure you i don't fool you and I love you and thank you for being here to help me and i'm happy today |
| Facebook Account 1: | I cant wait to have Sex with u in December as u promise you will give me your Virginity |
| Minor A: | wait oh my gosh my older brother is awake but he has never seen me picture naked |
| Minor A: | Yes sure and when you send money love? |
| Minor A: | so that I can buy what we can eat and grocery |
| Facebook Account 1: | Ok am getting paid on friday my day that is saturday your day is that ok my love |
| Minor A: | Ok I'll wait and advance thankyou my love [kissing emoji] [four heart emojis][6] |

12. According to Facebook records, on or about May 27, 2020, at approximately 5:40 p.m. UTC, the Facebook accounts exchanged the following messages:

| | |
|---|---|
| Facebook Account 1: | U did not take the pic i told u the one i want you to take your fingers and open your pussy i wanted to see inside pussy how beautiful and pink |

---

[6] In my training and experience, I have learned that emojis are digital images or icons used to express ideas or emotions in electronic communications.

6

| | |
|---|---|
| Minor A: | later I was going to pass the picture again because my brother woke up and he almost saw me taking a picture naked |
| Facebook Account 1: | But next time please never ever lie to me or Scam me because as i told u if u want a good life be honest to me and truthful always. Be a good girl am a very good bf if u are honest |
| Minor A: | I will never deceive you and love you and will never do anything bad iloveyouuuu [three heart emojis] |
| Minor A: | I'm just as happy today and lucky as I am [four kissing emojis] |
| Minor A: | Love i want buy slipper |

Minor A's Facebook account then uploaded additional content consisting of an image of pink slippers.

13. According to Facebook records, on or about May 27, 2020, at approximately 5:47 p.m. UTC, the Facebook accounts exchanged the following messages:

| | |
|---|---|
| Minor A: | I want to sleep because I haven't slept yet and tomorrow let's talk and be careful there iloveyouuuuu [four heart emojis] |
| Facebook Account 1: | Ok but u will continue with the pics i told u ok thank u and see how easy that was and don't be shy u are my gf now I love u |

Minor A's Facebook account then uploaded additional consisting of a frontal image of Minor A that appears based on the angle to have been taken as a "selfie," while she was sitting with her legs apart and the phone or camera between her legs facing her.

Minor A's face and breasts are visible, and she appears to be using one hand to open her labia toward the phone or camera.[7]

14. According to Facebook records, on or about May 27, 2020, at approximately 6:19 p.m. UTC, the Facebook accounts exchanged the following messages:

| | |
|---|---|
| Minor A: | Doneee iloveyoutoooo [four heart emojis] |
| Facebook Account 1: | Very good job an so proud of u and u have a very beautiful Pink Pussy i love it cant wait until December to taste it |
| Facebook Account 1: | Baby never be shy to me ok am your Man |
| Facebook Account 1: | And i will never hurt u |

### B. Identification of KARL QUILTER

15. From the review of Facebook Account 1 and Minor A's Facebook records, law enforcement identified among other things, the above messages and images exchanged between Facebook Account 1 and Minor A, other communications between Facebook Account 1 and Minor A, communications between Facebook Account 1 and other Facebook accounts, and the IP addresses used to access Facebook Account 1. As discussed further below, based on the IP addresses used to access Facebook Account 1, and the content of communications to and from Facebook Account 1, law enforcement has identified the user of Facebook Account 1 as KARL QUILTER.

16. According to the search warrant results from Facebook, Facebook Account 1 was created on or about February 8, 2018, appears to have been suspended

---

[7] This child pornography image was found in QUILTER's Facebook Account.

8

on or about June 19, 2020 (as that is the last date for which content was produced), and was deactivated in or about July 2020. Facebook Account 1 appears to have communicated with Minor A's Facebook account from approximately May 1, 2020 to June 16, 2020, during which time the accounts exchanged sexually explicit messages and images and the users, QUILTER and Minor A, appear to have engaged in video calls (as discussed further in paragraph 24 below).

17. According to Comcast records, for the most recent time period for which records are available (approximately April 6, 2020, to June 19, 2020),[8] all of the Comcast IP addresses used to access Facebook Account 1 were either subscribed to "KARL QUILTER" at a listed service and billing address located at 4XXX West Armitage Avenue in Chicago, Illinois, or subscribed to a nursing center at which—according to the search of a law enforcement database (*see* paragraph 20 below)—QUILTER previously worked.

18. More specifically, according to Comcast records, at least eight of the Comcast IP addresses used to access Facebook Account 1 in the above time period were subscribed to QUILTER at 4XXX West Armitage Avenue, Unit XX, Chicago, Illinois.

19. According to Illinois Secretary of State records, QUILTER is a 55-year old black male who resides at the 4XXX West Armitage Avenue, Unit XX, Chicago address.

---

[8] Based on my training and experience, I know that Comcast only retains IP address assignment information for a certain period of time (approximately six months).

9

20. Also according to Comcast records, on or about June 19, 2020, an IP address used to access Facebook Account 1 was subscribed to a nursing and rehabilitation center with a listed service address in Chicago, Illinois. ("Nursing Center A"). According to a search of a law enforcement database, QUILTER appears to have been employed as a Certified Nurse's Assistant (or "CNA") at Nursing Center A.

21. Also according to the search warrant results from Facebook, on or about May 21, 2020, Facebook Account 1 sent a photograph that appears to be a "selfie" of a black male wearing blue medical scrubs. Based on comparison to the driver's license photograph of QUILTER, I identified the black male in the photograph as QUILTER.

22. Also according to the search warrant results from Facebook, on or about June 4, 2020, at approximately 9:05 a.m. UTC, Minor A's Facebook account sent three images appearing to be screenshots from a video chat between Minor A and QUILTER. More specifically, on the right side of all three screenshots was a young Asian female, while on the left side of all three screenshots was an older black male. Based on comparison to publicly available photographs of Minor A from her public Facebook page, and the driver's license photograph of QUILTER, I identified the female in the video-call screenshots as Minor A and the male as QUILTER.

23. According to the search warrant results from Facebook, QUILTER, using Facebook Account 1, also communicated with the users of other Facebook accounts regarding QUILTER's travels overseas in late 2017 and early 2018, which I

compared to Customs and Border Protection ("CBP") records for QUILTER's international travel.

24. For example, on or about February 15, 2018, QUILTER, using Facebook Account 1, sent a photograph of himself[9] to another Facebook account and wrote, "that's me I just came back from Philippines in January 15th," and "I was in Silay . . . . and Guinhalaran."

25. Also, on or about January 1, 2019, QUILTER, using Facebook Account 1, sent messages to another Facebook account saying, "I ask that because I go to phillippines I visit Guinhalarn Silay Talisay Bacolod Iloilo Cebu," and "I was their last December until January."

26. Also, on or about September 19, 2019, QUILTER, using Facebook Account 1, sent message to another Facebook account saying, "Yes I was their [sic] in Philippines twice," and "I had my Birthday Party at Sunburst Resort in 2017 December 21st[. . . .]"

27. According to CBP records, on or about November 28, 2017, QUILTER traveled from Chicago to Hong Kong, returning from Hong Kong to Chicago on or about January 12, 2018. Based on my training and experience, I have learned that the CBP database records only the departure port in the United States and the international port(s) to which the traveler directly departs from the United States, and not other subsequent destinations of the traveler. Thus, the timeframe during

---

[9] Based on comparison to QUILTER's driver's license photo, I identified this photo as one of QUILTER.

11

which QUILTER was in Asia is consistent with his having traveled to and been present in the Philippines in December 2017 and January 2018, as described in the above messages.

## II. CONCLUSION

28. Based on the above information, I submit there exists probable cause to believe that KARL QUILTER, also known as "Mathew Jones," knowingly received child pornography using a means or facility of interstate and foreign commerce and shipped and transported in and affecting interstate commerce by any means, including by computer.

FURTHER AFFIANT SAYETH NOT.

_____
STEVEN MORAN
Special Agent, Homeland Security
Investigations

SWORN TO AND AFFIRMED by telephone November 24, 2020.

_____
Honorable BETH W. JANTZ
United States Magistrate Judge