IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Complainant, | ) | |
| | ) | |
| | ) | |
| vs. | ) | 20 CR 826-1 |
| | ) | |
| KARL QUILTER, | ) | Honorable Virginia Kendall, |
| | ) | Judge Presiding. |
| Defendant. | ) | |

**EXHIBITS TO DEFENDANT'S
SENTENCING MEMO**

**Group Exhibit 1 (a-f) Ascension Medical Group
April 3, 2023 Medical Report**

**Group Exhibit 2 (a-e) Johns Hopkins Medicine
Brief Summary Narrative of Congestive Heart Failure**

Prepared by:
Donna Hickstein-Foley
Attorney for the Defendant

9644 South Hamilton
Chicago, IL 60643-1631
773 881 3800



## Ascension
## Medical Group

April 3, 2023

Re: Karl Quilter  (12/21/1964)

To whom it may concern:

I had the pleasure of seeing your patient, Mr. Karl Quilter, in the office today.  Following are the findings and recommendations for the care of this patient. (Please see highlighted portions of visit) It is vital to the patient's health that he follow up in my office in 6 months.  If you have any further questions, concerns, or require more information, please fee free to contact the office at 773-326-2244.

Sincerely,

_____

**Electronically Authenticated by:**
**Saifullah M. Siddiqui MD 04/03/2023 02:35 PM**

**Karl  Quilter  12/21/1964**

Group Exhibit I (a)



## Ascension
## Medical Group

**PATIENT: Karl Quilter**
**DATE OF BIRTH:** ▓▓▓▓▓▓
**AGE:** 58 year old
**SEX:** M
**DATE:** April 3, 2023
**VISIT TYPE:** Return Office Visit

Account #: ▓▓▓▓▓
**CARDIOLOGIST:** Saifullah M Siddiqui MD
**PRIMARY CARE PROVIDER:** Lang MD, James E

## REASON FOR VISIT
This 58 year old patient presents for follow up and Cardiovascular Review.

## CHIEF COMPLAINT(s) and HISTORY OF PRESENT ILLNESS

| Chief Complaint | History of Present Illness |
|---|---|
| follow up | Patient here for follow up. Had echo demonstrating severely reduced EF in the 20s%. No history of MIs. Had DOE and orthopnea. HAd RHC and LHC with cors for diagnostic workup which demonstrated elevated biventricular filling pressures and no significant coronary artery disease - confirming nonischaemic cardiomyopathy. LV angiography revealed severely reduced EF of 15-20% with no significant mitral insufficiency. Still with symptoms of congestion today despite adding diuretic and escalating meds. Continues to have symptoms. May be drinking as much as over a 1/2 gallon of water a day. Weight is the same. Taking furosemide twice a day. With good urinary response. |
| Cardiovascular Review | The patient has symptoms suggestive of atypical chest pain.  Mr. Quilter has DOE, SOB and orthopnea.  Mr. Quilter has not had palpitations, syncope or near syncope.  He denies claudication.  There is no discoloration or ulceration of the lower extremities.  He has had no TIA or stroke-like symptoms.  The patient has no symptoms attributable to valvular heart disease. |

# Cardiac History
## Risk Factors
1      Tobacco Use: No/never

## REVIEWED/VISUALIZED
EKG Tracing Visualized by MD
Lab Results Reviewed by MD
Imaging Studies Visualized by MD
Imaging Studies Reviewed by MD
Family History Reviewed

**Karl  Quilter** ▓▓▓▓▓▓



Group Exhibit 1(b)



Ascension
Medical Group

Hospital records reviewed by MD

**Medication Reconciliation**
Medications reconciled today.

## ALLERGIES/INTOLERANCES

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

None
## Past Medical/Surgical History
(Detailed)

## Family History
(Detailed)

## Social History: (Detailed)
Preferred language is English.
MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Marital status: Married
Smoking status: Never smoker.

SMOKING STATUS

| Type | Smoking Status | Usage Per Day | Years Used | Pack Years | Total Pack Years |
|---|---|---|---|---|---|
| | Never smoker | | | | |

ALCOHOL
There is a history of alcohol use.
consumed occasionally.
CAFFEINE
The patient uses caffeine: coffee - 1 cup a day.
LIFESTYLE
Moderate activity level.  Exercises occasionally.
DIET
diabetic, healthy.

**Karl  Quilter** ⬛⬛⬛⬛⬛⬛



Group Exhibit 1 (c)



**Ascension**
**Medical Group**

## ADVANCE DIRECTIVES
Reviewed

## REVIEW OF SYSTEMS
CONST - Negative for weight gain, weight loss, fever.  EYES - Negative for visual changes.  ENT - Negative for hearing loss.  RESP - Negative for snoring, hemoptysis.  Positive for dyspnea.  CARD - Negative for chest pain, diaphoresis, orthopnea, palpitation, syncope, PND.  VASC - Negative for claudication, edema.  GI - Negative for nausea, reflux, bleeding.  GU - Negative for hematuria, nocturia.  NEURO - Negative for dizziness, memory loss, seizures.  PSYCH - Negative for depression, hallucinations.  M/S - Negative for joint pain, myalgia.  HEMAT - Negative for acute anemia, thrombocytopenia.

## VITAL SIGNS

| Date | BP | Pulse | Wt Lb | Weight context | BMI | O2% | Ht ft | Ht in | Temp |
|------|-----|-------|-------|----------------|-------|-----|-------|-------|------|
| 04/03/2023 | 118/80 | 96 | 236.00 | | 34.85 | | 5.0 | 9.00 | |

## PHYSICAL EXAM

| Exam | Findings | Details |
|------|----------|---------|
| Const | Neg | Level of Distress - Awake / Alert, No Acute Distress, Happy / Smiling. Appearance - Well Developed. |
| Const | Pos | Nourishment - Obese. |
| Neck | Neg | Neck ROM - Normal. |
| Neck | Pos | JVP - Between 8 and 12 cm of H2O. |
| Resp | Neg | Respirations - Nonlabored.  Breath Sounds - Clear Throughout.  Wheezes - Absent.  Rhonchi - Absent. |
| Resp | Pos | Rales - Bilateral Basilar. |
| Cardiac | Neg | Rhythm - Regular.  Palpation - PMI Normal.  Heart Sounds - S1 Normal, S2 Normal, No S3, No S4.  Extra Sounds - None.  Murmurs - None. |
| Vasc | Neg | Carotid - Bilateral Normal Pulse, No Bruits Noted.  Aorta - No Bruit Noted.  Radial - Bilateral Normal Pulse.  Femoral - Bilateral Normal Pulse.  Popliteal - Bilateral Normal Pulse.  Posterior Tibial - Bilateral Normal Pulse. |
| Abd | Neg | Tenderness - None.  Palpation - Soft, No Guarding, No Rigidity, No Rebound.  Hepatomegaly - Absent. |
| EXT | Neg | Skin Temperature - Warm.  Clubbing - Absent.  Ischemic Ulcers - Absent.  Upper Extremity Edema - Absent. |
| EXT | Pos | Lower Extremity Edema - Mild, Bilateral. |
| Skin | Neg | Skin - Warm. |
| Neuro | Neg | Level of Consciousness - Alert.  Cranial Nerves - 2 - 12 Intact. |

Karl  Quilter

Group Exhibit 1 (d)



**Ascension Medical Group**

| Psych | Neg | Orientation - Oriented to Time, Person, Place. Mood - Appropriate. |

## IMPRESSION AND PLAN
01. Abnormal EKG
02. Essential hypertension: Essential hypertension. We will target systolic blood pressure below 130 and diastolic pressure below 80. Reasonably well controlled.
03. HFrEF (heart failure with reduced ejection fraction): Chronic, NYHA II-III, likely NICM, but has not had work up, RHC demonstrates marked volume overload and cor angio reveals not significant obstructive CAD. Severely reduced EF on LV angiography of 15-20%. Patient is very sick and needs aggressive cardiac care. This will begin with medication optimization - will increase furosemide 40 mg to twice a day. Will change losartan 25 mg to entresto 24/26 once a day. Will add jardiance 10 mg once a day. Continue spironolactone 25 mg once a day. Continue metoprolol succinate 50 mg once a day. Will see patient back in six months to reassess symptoms (specifically orthopnea and dyspnea with conversation) to further optimize medications. Will make referral to pharmacotherapy clinic who can follow patient more closely for heart failure management. Will reassess heart function (ejection fraction) in 6 months to determine if patient needs a defibrillator implantation for primary prevention of sudden cardiac death (if ejection fraction remains less than 35%). Will perform cardiac MRI once able to lay flat for study - however patient also has ankle locator bracelet that may need to be removed for MRI.
04. Type 2 diabetes mellitus without complication, without long-term current use of insulin: Reasonably well controlled.

## ORDERS
Return office visit with Saifullah M Siddiqui MD in 6 Months.

## Final Medication List

| Medication Name | |
| --- | --- |
| metformin 1,000 mg tablet | take 1 tablet by oral route 2 times every day with morning and evening meals |
| metoprolol succinate ER 50 mg tablet,extended release 24 hr | take 1 tablet by oral route every day |
| spironolactone 25 mg tablet | take 1 tablet by oral route every day |
| furosemide 40 mg tablet | take 1 tablet by oral route 2 times every day |
| Entresto 24 mg-26 mg tablet | take 1 tablet by oral route 2 times every day |
| Jardiance 10 mg tablet | take 1 tablet by oral route every day in the morning |
| Counseling / educational factors reviewed. | |

## COUNSELING/EDUCATIONAL FACTORS
Counseling / educational factors reviewed.

**Karl Quilter** ~~13~~

Group Exhibit I(e)





Ascension
Medical Group

*Electronically Authenticated by:*
**Saifullah M. Siddiqui MD 04/03/2023 02:05 PM**

cc:
James E Lang MD

*Document generated by: Saifullah M. Siddiqui 04/03/2023*

**Karl  Quilter**

Group Exhibit 1 (F)

 **COVID-19 Updates** ⌄

(HTTPS://WWW.HOPKINSMEDICINE.ORG/HEALTH)

Health (https://www.hopkinsmedicine.org/health)

# Congestive Heart Failure: Prevention, Treatment and Research

🏷 Heart Health (https://www.hopkinsmedicine.org/health/wellness-and-prevention/heart-health)

🏷 Heart and Vascular (https://www.hopkinsmedicine.org/health/heart-and-vascular)

🏷 Heart Conditions (https://www.hopkinsmedicine.org/health/wellness-and-prevention/heart-conditions)

**Featured Experts:**

Dr. Roger Blumenthal (https://www.hopkinsmedicine.orghttps://www.hopkinsmedicine.org/profiles/details/roger-blumenthal)

Dr. Steven Jones (https://www.hopkinsmedicine.orghttps://www.hopkinsmedicine.org/profiles/details/steven-jones)

Congestive heart failure (also called heart failure) is a serious condition in which the heart doesn't pump blood as efficiently as it should. Despite its name, heart failure (https://www.hopkinsmedicine.orghttp://www.hopkinsmedicine.org/healthlibrary/conditions/adult/cardiovascular_diseases/heart_failure_85,p00206/) doesn't mean that the heart has literally failed or is about to stop working. Rather, it means that the heart muscle has become less able to contract over time or has a mechanical problem that limits its ability to fill with blood. As a result, it can't keep up with the body's demand, and blood returns to the heart faster than it can be pumped out—it becomes congested, or backed up. This pumping problem means that not enough oxygen-rich blood can get to the body's other organs.

The body tries to compensate in different ways. The heart beats faster to take less time for refilling after it contracts—but over the long run, less blood circulates, and the extra effort can cause heart palpitations. The heart also enlarges a bit to make room for the blood. The lungs fill with fluid, causing shortness of breath. The kidneys, when they don't receive enough blood, begin to retain water and sodium, which can lead to kidney failure. With or without treatment, heart failure is often and typically progressive, meaning it gradually gets worse.

*Group Exhibit 2(a)*

More than 5 million people in the United States have congestive heart failure. It's the most common diagnosis in hospitalized patients over age 65. One in nine deaths has heart failure as a contributing cause.

"To avoid heart failure, there's a need to prevent other heart problems," says Johns Hopkins cardiologist Steven Jones, M.D. (https://www.hopkinsmedicine.orghttps://www.hopkinsmedicine.org/profiles/details/steven-jones)

# Prevention

The best way to avoid congestive heart failure is to avoid the conditions that contribute to it, or to carefully manage these conditions if they develop, says Jones.

**Stop smoking—better yet, don't start.** It's a major factor in the arterial damage that can cause heart failure. Also steer clear of secondhand smoke.

**Eat in heart-healthy ways.** The foods that help you are those that contain little saturated fat, trans fat, sugar or sodium. Think fruits and vegetables, low-fat dairy, lean protein such as chicken without the skin, and "good" fats such as those found in olive oil, fish and avocadoes. Get practical ideas to eat for heart health in Eat Smart (https://www.hopkinsmedicine.orghttp://www.hopkinsmedicine.org/health/healthy_heart/eat_smart).

**Lose pounds if you're overweight.** Along with diet, being physically active helps achieve this goal and is also great for your heart.

**If you have another type of heart disease or related condition, closely follow your treatment program.** Ongoing care and adherence to prescribed medications, such as statin drugs to treat high cholesterol, can make a big difference. "Recent research shows that a major portion of the long-term benefit of statin therapy is in the prevention of heart failure by way of preventing heart attacks and coronary events that lead to it," says Jones.

# Diagnosis

There's no one test to diagnose heart failure. Your doctor will consider your medical history, family history, a physical exam and the results of various tests. These tests can include:

**Electrocardiogram (EKG) (https://www.hopkinsmedicine.orghttp://www.hopkinsmedicine.org/healthlibrary/conditions/adult /cardiovascular_diseases/electrocardiogram_ekg_stress_test_holter_monitor_85,p00215/):** A painless test that gives information about your heart's electrical activity, including how fast it beats and whether you've had previous heart attacks.

*Group Exhibit 2 (b)*

**Chest X-ray**

**(https://www.hopkinsmedicine.orghttp://www.hopkinsmedicine.org/healthlibrary/test_procedures/ cardiovascular/chest_x-ray_92,p07746/):** A picture of the heart, lungs and other chest structures that reveals whether the heart is enlarged or there are signs of lung damage.

**BNP blood test:** B-type natriuretic peptide (BNP) is a hormone that is a marker of severity and prognosis of heart failure.

**Echocardiogram**

**(https://www.hopkinsmedicine.orghttp://www.hopkinsmedicine.org/healthlibrary/test_procedures/ cardiovascular/echocardiogram_92,p07969/):** An ultrasound image of the heart. It's different from another test, a Doppler ultrasound, which gives a picture of blood flow to the heart and lungs.

**Holter monitor**

**(https://www.hopkinsmedicine.orghttp://www.hopkinsmedicine.org/healthlibrary/test_procedures/ cardiovascular/holter_monitor_92,p07976/):** A measurement of your heart's electrical activity, taken by a portable device that you wear for a day or two.

**Exercise stress test**

**(https://www.hopkinsmedicine.orghttp://www.hopkinsmedicine.org/healthlibrary/test_procedures/ cardiovascular/exercise_electrocardiogram_92,p07973/):** You walk on a treadmill or ride a stationary bicycle to see how your heart performs when it has to work hard. If you're unable to take an exercise test, stress can be induced by administering a drug that causes a similar reaction.

# Treatment

There's no cure for heart failure. Treatment aims to relieve symptoms and slow further damage. TheI exact plan depends on the stage and type of heart failure, underlying conditions and the individual patient. Among the components of a treatment plan:

**Lifestyle changes.** These are the same changes as those for preventing heart failure. In addition, you may be advised to avoid salt (because of fluid retention) and caffeine (because of heartbeat irregularities). Your doctor will advise how much fluid and what kinds to drink, as sometimes fluid intake should be limited.

**Medications**. According to Jones, the types of medications typically prescribed include these:

**Vasodilators** expand blood vessels, ease blood flow, and reduce blood pressure.

**Diuretics** correct fluid retention.

*Group Exhibit 2(c)*

**Aldosterone inhibitors** help with fluid retention and improve chances of living longer.

**ACE inhibitors** or ARB drugs improve heart function and life expectancy.

**Digitalis glycosides** strengthen the heart's contractions.

**Anticoagulants or antiplatelets** such as aspirin help prevent blood clots.

**Beta-blockers** improve heart function and chances of living longer.

**Tranquilizers** reduce anxiety.

**Surgical procedures.** In more severe cases, surgery is required to open or bypass blocked arteries, or to replace heart valves. Some congestive heart failure patients are candidates for a type of pacemaker called biventricular pacing therapy, which helps both sides of the heart work in concert, or an implantable cardioverter defibrillator, which shocks the heart into converting a potentially fatal fast rhythm to a normal one. Ventricular assist devices (VAD therapy) may be used as a bridge to heart transplantation or as a treatment in lieu of transplant, says Jones. A heart transplant is considered the last resort, with success rates of about 88 percent after one year and 75 percent after five years.

**Other treatments.** Because sleep apnea—a condition in which the muscles that allow air into the lungs briefly collapse—is linked to heart failure, you may be evaluated and treated for it.

## Living With...

Here are some of the things you'll want to do in addition to sticking to the lifestyle changes that can improve the health of a damaged heart:

**Monitor your symptoms.** Heart failure worsens over time, so you need to be familiar with changes in your body. Some of these can be addressed with different medications. Weighing yourself daily is one of the easiest ways to track fluid retention, indicated by a sudden gain. Swelling in the legs and feet can also mean more fluid is accumulating.

**Monitor your health.** Keep track of blood pressure, weight and other vital signs as your doctor advises. Get lab work done as recommended, as it gives key clues to your heart health and medication needs. A flu shot and pneumonia vaccine can help you avoid infections that would be especially hard on your compromised lungs.

**Try to keep a positive attitude.** Congestive heart failure is a serious condition, says Jones, but with the right help you can still lead a long and productive life. Because anxiety and depression, which can cause you to feel stressed, are common side effects, try to find outlets for your stress. This might be a support group or therapist, relaxing hobbies you love or confiding your concerns to someone you trust.

**Don't be shy about asking questions.** Depending on the stage of disease, your doctor will have different recommendations about how active you should be, including work, exercise and

Group Exhibit 2 (d)

sex.

# Research

Johns Hopkins researchers are on the forefront of the study of congestive heart failure. Among their recent findings:

**African-Americans are at increased risk of congestive heart failure.** This is due to diabetes and high blood pressure, rather than race alone. In a study involving nearly 7,000 men and women, Johns Hopkins researchers were able to discover the underlying reason that African-Americans are known to develop heart disease more than any other race. When diabetes and high blood pressure are factored out, they face no higher risk.

**A simple blood test can determine which patients will fare better after hospital discharge.** Johns Hopkins researchers realized that congestive heart failure patients with a certain level of a protein linked to heart stress were 57 percent more likely to be readmitted to the hospital.

## Request an Appointment

Maryland **410-955-5000**
Outside of Maryland **855-695-4872**
International **+1-410-502-7683**

## Related

Arrhythmogenic Right Ventricular Dysplasia/Cardiomyopathy (ARVD/C) (https://www.hopkinsmedicine.org/health/conditions-and-diseases/arrhythmogenic-right-ventricular-dysplasia--cardiomyopathy-arvdc)
Better Care for All (https://www.hopkinsmedicine.org/health/wellness-and-prevention/better-care-for-all)
Heart Rhythms: What's Normal Versus Cause for Concern? (https://www.hopkinsmedicine.org/health/wellness-and-prevention/heart-rhythms-whats-normal-versus-cause-for-concern)

## Related Topics

Heart Health (https://www.hopkinsmedicine.org/health/wellness-and-prevention/heart-health)
Heart and Vascular (https://www.hopkinsmedicine.org/health/heart-and-vascular)
Heart Conditions (https://www.hopkinsmedicine.org/health/wellness-and-prevention/heart-conditions)


Group Exhibit 2 (e)